No. 80–5910.  DELGADO *v.* ISRAEL, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–5925.  KANTORSKI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 80–5951.  BLACK *v.* MARSHALL, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80–5977.  MAYOLA *v.* ALABAMA.  C. A. 5th Cir.  Certiorari denied.

No. 80–5996.  REED *v.* JAGO, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–5998.  GIRARDI *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–6012.  GRANT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 80–6029.  DALLAS *v.* McCLAY, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–6051.  LEE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–6064.  FUREY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 80–6068.  COMBS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 80–6075.  PAPPAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–6076.  MACK *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.